BRYAN SCHRODER
United States Attorney

ALLISON M. O'LEARY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: allison.oleary@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>DORIAN DUANE TOPPS, ISAIAH JAMES CROSS, and KEVIN GLOVER,<br><br>                Defendants. | No.<br><br>COUNTS 1-5:<br>DISTRIBUTION OF A CONTROLLED SUBSTANCE<br>   Vio. of 21 U.S.C. § 841(a)(1) & (b)(1)(A)<br><br>ENHANCED STATUTORY PENALTIES ALLEGATION<br>   21 U.S.C. § 841(b) |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

On or about January 29, 2020, within the District of Alaska, defendants DORIAN DUANE TOPPS and ISAIAH JAMES CROSS knowingly distributed fifty grams or more of pure methamphetamine to another person.

All of which is in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A).

## COUNT 2

On or about January 29, 2020, within the District of Alaska, defendants DORIAN DUANE TOPPS and KEVIN GLOVER knowingly distributed fifty grams or more of pure methamphetamine to another person.

All of which is in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A).

## COUNT 3

On or about December 23, 2019, within the District of Alaska, defendant DORIAN DUANE TOPPS knowingly distributed fifty grams or more of pure methamphetamine to another person.

All of which is in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A).

## COUNT 4

On or about November 19, 2019, within the District of Alaska, defendant DORIAN DUANE TOPPS knowingly distributed fifty grams or more of pure methamphetamine to another person.

All of which is in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A).

## COUNT 5

On or about October 23, 2019, within the District of Alaska, defendant DORIAN DUANE TOPPS knowingly distributed fifty grams or more of pure methamphetamine to another person.

All of which is in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A).

//

ENHANCED STATUTORY PENALTIES ALLEGATIONS

Before defendant DORIAN DUANE TOPPS committed the offenses charged in Counts 1 through 5 in this case, he had a final conviction for Distribution of a Controlled Substance in Case No. 3:15-cr-00101, a serious drug felony. DORIAN DUANE TOPPS served a term imprisonment of more than twelve months for this conviction, and he was released from any related term of imprisonment within 15 years of the commencement of the instant offenses.

Before defendant ISAIAH JAMES CROSS committed the offense charged in Count 1 of this case, he had a final conviction for Robbery in the First Degree in Alaska Superior Court Case No. 4FA-14-00662CR, a serious violent felony. ISAIAH JAMES CROSS served a term of imprisonment of more than twelve months for this conviction.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON


s/ Allison M. O'Leary
ALLISON M. O'LEARY
Assistant U.S. Attorney
United States of America



s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America


DATE:     February 19, 2020